JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone:  (559) 497-6132
Facsimile:   (559) 445-0156

Attorney for Defendant
KARINA  S. BEARD

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No.  1: 11-CR-00132 AWI |
| )                                          | |
| Plaintiff,                ) | WAIVER OF APPEARANCE |
| )                                          | AND ORDER THEREON |
| v.                          ) | |
| )                                          | DATE:   June 27, 2011 |
| KARINA S. BEARD,              ) | TIME:    9:00 a.m. |
| )                                          | Courtroom Two |
| Defendant.              ) | |
| _____) | HONORABLE ANTHONY W. ISHII |

   Defendant, KARINA S. BEARD, hereby waives her right to be present in person in open court upon the hearing presently set for June 27, 2011 at 9:00 a.m. in Courtroom Two of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.


Dated: June 22, 2011                                    /s/ Karina S. Beard
                                                                            KARINA S. BEARD
                                                                 (Original signature in counsel's file)

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant KARINA S. BEARD is hereby excused from appearing at the court hearing scheduled for June 27, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   June 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE